# UNITED STATES DISTRICT COURT
## Middle District of Pennsylvania

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>KENDRIX G. HILL | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 1:08-CR-0020-01<br>USM No. 15965-067<br><br>Thomas A. Thornton, AFPD<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __General & Standard #1__ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | The defendant shall not commit another federal, state or local crime | 12/11/2018 |
| Standard #1 | The defendant shall report to the probation officer & shall submit a truthful & complete written report within the first 5 days of each month | 12/11/2018 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 6162

Defendant's Year of Birth: 1984

City and State of Defendant's Residence:
Huntingdon, Pennsylvania

12/18/2018
Date of Imposition of Judgment

S/ Christopher C. Conner
Signature of Judge

CHRISTOPHER C. CONNER,    CHIEF JUDGE
Name and Title of Judge

12/18/2018
Date

DEFENDANT: KENDRIX G. HILL
CASE NUMBER: 1:08-CR-0020-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Thirty-Four (34) Months. This term of imprisonment is to be served concurrently with the term of imprisonment the defendant is serving in York County Docket Nos. 3753-2017 and 4698-2017.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that SCI Huntingdon or any other state correctional facility to which defendant may be transferred to continue service of his state sentence (as noted above) be designated as the place of confinement for service of this federal term of imprisonment, unless or until service of this federal sentence exceeds the term of imprisonment for the state matter, at which point the Court would recommend that FCI Schuylkill (Minersville, PA) be designated as the place of confinement for service of any such excess term of imprisonment in this federal matter.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL